| AO 10*<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>King, George H. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active-United States District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street<br>Suite 660<br>Los Angeles, CA 90012 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Broker # 1 | short sale of HYG | K |
| 2. | Broker #1 | short sale of CSJ | J |
| 3. | Broker #1 | short sale NQH2 | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 LA Financial Credit Union | A | Dividend | M | T | | | | | |
| 2. In Trust #1 Real Estate Prescott, AZ (y) | D | Rent | M | S | | | | | |
| 3. Wells Fargo Bank, N.A. Savings/Checking (x-checking) | A | Interest | J | T | | | | | |
| 4. Universal Life Insurance (State Farm) | C | Dividend | L | T | | | | | |
| 5. Adventrx Pharmaecuticals Inc. | | None | J | T | | | | | |
| 6. Aeon Thana Sinsa | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 7. Agnico-Eagle Mines Ltd. (AEM) | | None | | | Buy | 02/01/12 | J | | |
| 8. AEM | | | | | Buy | 02/07/12 | J | | |
| 9. AEM | | | | | Buy | 02/08/12 | J | | including option |
| 10. AEM | | | | | Buy | 02/09/12 | J | | including option |
| 11. AEM | | | | | Buy | 02/10/12 | J | | |
| 12. AEM | | | | | Buy | 02/13/12 | J | | |
| 13. AEM | | | | | Buy | 02/16/12 | J | | |
| 14. AEM | | | | | Buy | 03/02/12 | J | | |
| 15. AEM | | | | | Buy | 03/06/12 | J | | |
| 16. AEM | | | | | Sold | 05/08/12 | K | B | |
| 17. Agricultural Bank of China | | None | | | Sold | 03/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div... rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Andre Juice Co. Ltd. | A | Dividend | | | Sold | 03/30/12 | J | A | |
| 19. Anglogold Ashanti-spon ADR (AU) | | None | | | Buy | 03/14/12 | J | | |
| 20. AU | | | | | Sold | 04/16/12 | J | | |
| 21. Anhui Expressway Co. Ltd | | None | | | Sold | 03/20/12 | J | | |
| 22. Applied Energetics | | None | J | T | | | | | |
| 23. Argonaut Gold Inc. (AR) | | None | | | Buy | 04/05/12 | J | | |
| 24. AR | | | | | Sold | 09/10/12 | J | A | |
| 25. Ascott Residence Trust NPV (Real Estate Investment Trust) | A | Dividend | J | T | | | | | |
| 26. Asian Environment Holdings Ltd. | B | Dividend | J | T | | | | | |
| 27. Aurizon Mines Ltd. (ARZ) | | None | | | Buy | 03/15/12 | J | | |
| 28. ARZ | | | | | Buy | 03/16/12 | J | | |
| 29. ARZ | | | | | Buy | 03/22/12 | J | | |
| 30. ARZ | | | | | Buy | 04/03/12 | J | | |
| 31. ARZ | | | | | Sold | 09/10/12 | J | A | |
| 32. Banco Bilbao Vizcaya Argentaria, S.A. (BBVA) (Short Sale) | | None | | | Closed | 02/02/12 | J | | |
| 33. BBVA (Short Sale) | | | | | Closed | 02/03/12 | J | | |
| 34. BBVA (Short Sale) | | | | | Closed | 02/08/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BBVA (Short Sale) | | | | | Closed | 03/01/12 | J | | |
| 36. Bangkok Bank Public Co. Ltd. | A | Dividend | K | T | Sold (part) | 09/12/12 | J | D | |
| 37. Bank of Central Asia | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 38. Bank of China | | None | | | Sold | 03/30/12 | J | | |
| 39. Barrick Gold Corp (ABX) | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 40. ABX | | | | | Buy | 02/16/12 | J | | |
| 41. ABX | | | | | Buy | 03/06/12 | J | | |
| 42. ABX | | | | | Buy | 03/29/12 | J | | |
| 43. ABX | | | | | Buy | 06/07/12 | J | | |
| 44. ABX | | | | | Sold (part) | 09/21/12 | J | A | |
| 45. Bayfield Ventures Corp. (BYV) | | None | | | Buy | 02/09/12 | J | | |
| 46. BYV | | | | | Buy | 02/13/12 | J | | |
| 47. BYV | | | | | Sold | 02/13/12 | J | | |
| 48. Belgium ETF (EWK) (Short Sale) (y) | | None | | | Closed | 03/19/12 | J | | |
| 49. Belo Sun Mining Corp. (BSX) | | None | J | T | Buy | 05/18/12 | J | | |
| 50. BSX | | | | | Buy | 05/22/12 | J | | |
| 51. BSX | | | | | Buy | 09/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Centamin Plc (CEE) | | None | K | T | Buy | 02/09/12 | J | | |
| 53. CEE | | | | | Buy | 02/13/12 | J | | |
| 54. CEE | | | | | Buy | 02/17/12 | J | | |
| 55. CEE | | | | | Buy | 02/21/12 | J | | |
| 56. CEE | | | | | Buy | 02/22/12 | J | | |
| 57. CEE | | | | | Buy | 03/06/12 | J | | |
| 58. CEE | | | | | Buy | 03/14/12 | J | | |
| 59. CEE | | | | | Buy | 03/22/12 | J | | |
| 60. CEE | | | | | Buy | 04/02/12 | J | | |
| 61. CEE | | | | | Buy | 04/04/12 | J | | |
| 62. CEE | | | | | Buy | 04/17/12 | J | | |
| 63. CEE | | | | | Buy | 05/10/12 | J | | |
| 64. CEE | | | | | Buy | 05/22/12 | J | | |
| 65. Centerra Gold Inc. (CG) | A | Dividend | J | T | Buy | 09/13/12 | J | | |
| 66. CG | | | | | Buy | 09/19/12 | J | | |
| 67. Chaoda Modern Agriculture Holdings | | None | J | T | | | | | |
| 68. Chiang Mai Ram Medical Business Plc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. China Blue Chemical Ltd. | A | Dividend | | | Sold | 02/21/12 | J | D | |
| 70. China Construction Bank | A | Dividend | | | Sold | 03/20/12 | J | | |
| 71. China Huiyuan Juice Group | | None | | | Sold | 03/30/12 | J | | |
| 72. Crude Oil Futures (CLH2) (y) | | None | | | Sold | 01/25/12 | L | A | |
| 73. Crude Oil Futures (CLN2) | | None | | | Buy | 03/19/12 | J | | option |
| 74. CLN2 | | None | | | Buy | 04/17/12 | J | | option |
| 75. CLN2 | | None | | | Buy | 06/07/12 | L | | |
| 76. CLN2 | | | | | Sold | 06/07/12 | L | | |
| 77. Crude Oil Futures (CLZ2) | | None | | | Buy | 09/21/12 | J | | option |
| 78. CLZ2 | | None | | | Buy | 09/26/12 | J | | option |
| 79. CLZ2 | | | | | Sold | 11/13/12 | J | C | option |
| 80. Dalradian Resources Inc. (DNA) | | None | J | T | Buy | 05/08/12 | J | | |
| 81. DNA | | | | | Buy | 05/10/12 | J | | |
| 82. DNA | | | | | Buy | 05/22/12 | J | | |
| 83. DNA | | | | | Buy | 05/24/12 | J | | |
| 84. DNA | | | | | Buy | 08/07/12 | J | | |
| 85. Detour Gold Corp. (DGC) | | None | K | T | Buy | 02/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div... rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DGC | | | | | Buy | 02/28/12 | J | | |
| 87. DGC | | | | | Buy | 03/14/12 | J | | |
| 88. DGC | | | | | Buy | 03/16/12 | J | | |
| 89. DGC | | | | | Buy | 04/04/12 | J | | |
| 90. DGC | | | | | Buy | 04/05/12 | J | | |
| 91. DGC | | | | | Buy | 05/08/12 | J | | |
| 92. Esperanza Resources Corp. (EPZ) | None | J | T | | Buy | 04/10/12 | J | | |
| 93. EPZ | | | | | Buy | 04/11/12 | J | | |
| 94. EPZ | | | | | Buy | 04/12/12 | J | | |
| 95. EPZ | | | | | Buy | 04/16/12 | J | | |
| 96. EPZ | | | | | Buy | 05/08/12 | J | | |
| 97. EPZ | | | | | Buy | 05/09/12 | J | | |
| 98. EPZ | | | | | Buy | 05/22/12 | J | | |
| 99. EPZ | | | | | Buy | 05/23/12 | J | | |
| 100. Euro futures | None | | | | Sold | 03/02/12 | M | A | |
| 101. Evolution Mining Ltd. NPV (EVN/AU) | None | J | T | | Buy | 09/12/12 | J | | |
| 102. Exeter Resources Corp. (XRA) | None | J | T | | Buy | 02/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. XRA | | | | | Sold | 02/13/12 | J | | |
| 104. XRA | | | | | Buy | 06/18/12 | J | | |
| 105. XRA | | | | | Buy | 06/19/12 | J | | |
| 106. XRA | | | | | Buy | 06/22/12 | J | | |
| 107. XRA | | | | | Buy | 09/07/12 | J | | |
| 108. XRA | | | | | Buy | 09/20/12 | J | | |
| 109. Extorre Gold Mines Ltd. (XG) | None | | | | Buy | 02/13/12 | J | | |
| 110. XG | | | | | Buy | 02/16/12 | J | | |
| 111. XG | | | | | Buy | 02/17/12 | J | | |
| 112. XG | | | | | Buy | 02/21/12 | J | | |
| 113. XG | | | | | Buy | 02/23/12 | J | | |
| 114. XG | | | | | Buy | 02/27/12 | J | | |
| 115. XG | | | | | Buy | 03/06/12 | J | | |
| 116. XG | | | | | Buy | 03/13/12 | J | | |
| 117. XG | | | | | Buy | 03/14/12 | J | | |
| 118. XG | | | | | Buy | 03/16/12 | J | | |
| 119. XG | | | | | Buy | 03/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. XG | | | | | Buy | 04/02/12 | J | | |
| 121. XG | | | | | Buy | 04/10/12 | J | | |
| 122. XG | | | | | Buy | 04/20/12 | J | | |
| 123. XG | | | | | Buy | 05/15/12 | J | | |
| 124. XG | | | | | Buy | 06/05/12 | J | | |
| 125. XG | | | | | Sold (part) | 06/18/12 | J | A | |
| 126. XG | | | | | Sold | 08/08/12 | K | D | |
| 127. Broker #3 Cash Reserves (y) | A | Dividend | M | T | Sold (part) | 04/18/12 | K | | check disbursement |
| 128. First Reit NPV (real estate investment trust) | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 129. First Majestic Silver Corp. (AG) | | None | J | T | Buy | 03/06/12 | J | | |
| 130. AG | | | | | Buy | 03/13/12 | J | | |
| 131. AG | | | | | Buy | 05/17/12 | J | | |
| 132. AG | | | | | Buy | 06/07/12 | J | | |
| 133. AG | | | | | Sold (part) | 06/26/12 | J | A | |
| 134. Fortuna Silver Mines Inc. (FSM) | | None | J | T | Buy | 03/05/12 | J | | |
| 135. FSM | | | | | Buy | 03/12/12 | J | | |
| 136. FSM | | | | | Buy | 03/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FSM | | | | | Buy | 04/02/12 | J | | |
| 138. FSM | | | | | Buy | 04/09/12 | J | | |
| 139. FSM | | | | | Buy | 04/16/12 | J | | |
| 140. FSM | | | | | Buy | 04/20/12 | J | | |
| 141. FSM | | | | | Buy | 05/08/12 | J | | |
| 142. FSM | | | | | Buy | 05/23/12 | J | | |
| 143. FSM | | | | | Buy | 07/03/12 | J | | |
| 144. FSM | | | | | Buy | 08/20/12 | J | | |
| 145. FSM | | | | | Buy | 09/05/12 | J | | |
| 146. FSM | | | | | Buy | 09/20/12 | J | | |
| 147. FSM | | | | | Buy | 09/21/12 | J | | option |
| 148. FSM | | | | | Sold (part) | 09/26/12 | J | A | |
| 149. FSM | | | | | Sold | 09/26/12 | J | | option |
| 150. France ETF (EWQ) (Short Sale) | | None | | | Closed | 03/19/12 | J | | |
| 151. Gabriel Resources Ltd. (GBU) | | None | | | Buy | 03/14/12 | J | | |
| 152. GBU | | | | | Buy | 03/30/12 | J | | |
| 153. GBU | | | | | Sold | 04/09/12 | J | B | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Germany ETF (EWG) (Short Sale) | | None | | | Closed | 03/19/12 | J | | |
| 155. Glass Earth Gold Ltd. Company NPV | | None | J | T | Buy | 05/04/12 | J | | |
| 156. Gold Canyon Resources Inc. (GCU) | | None | J | T | Buy | 05/08/12 | J | | |
| 157. GCU | | | | | Buy | 05/10/12 | J | | |
| 158. GCU | | | | | Buy | 05/22/12 | J | | |
| 159. Golden Agri Resources | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 160. Gold Futures (OGM2) | | None | | | Buy | 05/09/12 | J | | option |
| 161. OGM2 | | | | | Sold | 05/14/12 | J | A | option |
| 162. Gold Futures (OGN2) | | None | | | Buy | 05/09/12 | J | | option |
| 163. OGN2 | | | | | Sold | 05/17/12 | J | A | option |
| 164. Gold Standard Ventures Corp. (GSV) | | None | J | T | Buy | 08/14/12 | J | | |
| 165. Great Basin Gold Ltd. (GBG) | | None | | | Buy | 02/10/12 | J | | |
| 166. GBG | | | | | Sold | 01/13/12 | J | | |
| 167. Hess Corp. (HES) | | None | | | Buy | 03/19/12 | J | | |
| 168. HES | | | | | Sold | 06/04/12 | J | B | |
| 169. Hong Kong Dollars (HKD) | B | Dividend | M | T | Buy | 03/30/12 | L | | |
| 170. Humana | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Hyflux Ltd. | A | Dividend | J | T | | | | | |
| 172. Iamgold Corporation (IAG) | A | Dividend | K | T | Buy | 02/08/12 | J | | |
| 173. IAG | | | | | Buy | 02/24/12 | J | | |
| 174. IAG | | | | | Buy | 02/27/12 | J | | |
| 175. IAG | | | | | Buy | 02/28/12 | J | | |
| 176. IAG | | | | | Buy | 03/02/12 | J | | |
| 177. IAG | | | | | Buy | 03/05/12 | J | | |
| 178. IAG | | | | | Buy | 03/06/12 | J | | |
| 179. IAG | | | | | Buy | 03/14/12 | J | | |
| 180. IAG | | | | | Buy | 03/29/12 | J | | |
| 181. IAG | | | | | Buy | 04/02/12 | J | | |
| 182. IAG | | | | | Buy | 04/09/12 | J | | |
| 183. IAG | | | | | Buy | 04/10/12 | J | | |
| 184. IAG | | | | | Buy | 04/20/12 | J | | |
| 185. IAG | | | | | Buy | 05/08/12 | J | | |
| 186. IAG | | | | | Buy | 06/07/12 | J | | |
| 187. IAG | | | | | Buy | 08/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. IAG | | | | | Buy | 09/21/12 | J | | option |
| 189. IAG | | | | | Sold | 09/26/12 | J | A | option |
| 190. IAG | | | | | Sold (part) | 09/26/12 | J | A | |
| 191. Broker # 1 (IRA and Brokerage) account | None | | M | T | | | | | |
| 192. International Tower Hill Mines Ltd. (THM) | None | | | | Buy | 02/08/12 | J | | |
| 193. THM | | | | | Buy | 02/17/12 | J | | |
| 194. THM | | | | | Buy | 02/27/12 | J | | |
| 195. THM | | | | | Buy | 02/28/12 | J | | |
| 196. THM | | | | | Buy | 03/05/12 | J | | |
| 197. THM | | | | | Buy | 03/12/12 | J | | |
| 198. THM | | | | | Buy | 03/14/12 | J | | |
| 199. THM | | | | | Buy | 03/16/12 | J | | |
| 200. THM | | | | | Buy | 03/19/12 | J | | |
| 201. THM | | | | | Buy | 03/29/12 | J | | |
| 202. THM | | | | | Buy | 04/02/12 | J | | |
| 203. THM | | | | | Buy | 04/09/12 | J | | |
| 204. THM | | | | | Buy | 05/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. THM | | | | | Buy | 05/24/12 | J | | |
| 206. THM | | | | | Sold | 06/28/12 | J | | |
| 207. Ishares iBoxx ETF (HYG) (Short Sale) | | None | | | Closed | 03/19/12 | K | B | |
| 208. Ishares 1-3 year credit bonds (CSJ) (Short Sale) | | None | | | Closed | 03/19/12 | J | | |
| 209. Ishares Silver Tr. Ishares (SLV) | | None | | | Sold | 01/25/12 | K | | |
| 210. SLV | | | | | Buy | 05/17/12 | J | | |
| 211. SLV | | | | | Buy | 05/21/12 | J | | |
| 212. SLV | | | | | Sold | 06/07/12 | J | A | |
| 213. Ivanhoe Mines Ltd. (IVN) (name change Turquoise Hill 8/8/12) | | None | | | Buy | 01/25/12 | J | | See Tourquoise Hill |
| 214. IVN | | | | | Buy | 02/28/12 | J | | |
| 215. JEF (Jeffries & Co.) (Short Sale) | | None | | | Closed | 03/19/12 | J | B | |
| 216. Kalbe Farma IDR50 | | None | J | T | Buy | 09/27/12 | J | | |
| 217. Kerry Properties Ltd. (0683) | A | Dividend | | | Sold | 02/21/12 | J | E | |
| 218. Khon Kaen Sugar Industry Plc. | | None | J | T | Buy | 09/27/12 | J | | |
| 219. Kinross Gold Corp. (KGC) | A | Dividend | K | T | Buy | 01/24/12 | J | | |
| 220. KGC | | | | | Buy | 02/08/12 | J | | |
| 221. KGC | | | | | Buy | 02/09/12 | J | | option |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. KGC | | | | | Buy | 02/10/12 | J | | |
| 223. KGC | | | | | Buy | 02/13/12 | J | | |
| 224. KGC | | | | | Buy | 02/14/12 | J | | option |
| 225. KGC | | | | | Buy | 02/16/12 | J | | |
| 226. KGC | | | | | Buy | 02/22/12 | J | | |
| 227. KGC | | | | | Buy | 02/23/12 | J | | |
| 228. KGC | | | | | Buy | 03/02/12 | J | | |
| 229. KGC | | | | | Buy | 03/05/12 | J | | |
| 230. KGC | | | | | Buy | 03/13/12 | J | | |
| 231. KGC | | | | | Buy | 03/14/12 | J | | |
| 232. Lydian International Ltd. (LYD) | | None | J | T | Buy | 04/09/12 | J | | |
| 233. LYD | | | | | Buy | 04/10/12 | J | | |
| 234. LYD | | | | | Buy | 05/08/12 | J | | |
| 235. LYD | | | | | Buy | 05/09/12 | J | | |
| 236. Medusa Mining Limited NPV | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 237. Morgan Stanley (MS) (Short Sale) | | None | | | Closed | 03/19/12 | J | | |
| 238. Nasdaq ETF (QQQ) | | None | | | Buy | 02/17/12 | J | | option |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. QQQ | | | | | Buy | 02/24/12 | J | | option |
| 240. QQQ | | | | | Buy | 03/07/12 | J | | option |
| 241. QQQ | | | | | Sold (part) | 04/20/12 | J | B | |
| 242. QQQ | | | | | Sold | 06/15/12 | J | | |
| 243. Nasdaq Futures (NQH2) (Short Sale) | | None | | | Closed | 01/25/12 | K | C | |
| 244. NQH2 (Short Sale) | | | | | Closed | 03/13/12 | L | E | |
| 245. New Crest Mining NPV | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 246. Newmont Mining Corp. (NEM) | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 247. NEM | | | | | Buy | 03/14/12 | J | | |
| 248. NEM | | | | | Buy | 05/08/12 | J | | |
| 249. New World Development (17) (NWD) | A | Dividend | | | Buy | 02/02/12 | J | | |
| 250. NWD | | | | | Sold | 03/30/12 | J | | |
| 251. Northern Dynasty Minerals (NAK) | | None | | | Buy | 02/07/12 | J | | |
| 252. NAK | | | | | Buy | 03/16/12 | J | | |
| 253. NAK | | | | | Sold | 04/09/12 | J | | |
| 254. Novagold Resources Inc. (NG) | | None | | | Buy | 02/02/12 | J | | |
| 255. NG | | | | | Buy | 02/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NG | | | | | Sold | 04/09/12 | J | B | |
| 257. Osisko Mining Corp. (OSK) | | None | | | Buy | 02/07/12 | J | | |
| 258. OSK | | | | | Buy | 02/22/12 | J | | |
| 259. OSK | | | | | Buy | 02/23/12 | J | | |
| 260. OSK | | | | | Buy | 02/24/12 | J | | |
| 261. OSK | | | | | Buy | 03/02/12 | J | | |
| 262. OSK | | | | | Buy | 03/14/12 | J | | |
| 263. OSK | | | | | Buy | 03/19/12 | J | | |
| 264. OSK | | | | | Buy | 03/20/12 | J | | |
| 265. OSK | | | | | Buy | 03/22/12 | J | | |
| 266. OSK | | | | | Buy | 03/30/12 | J | | |
| 267. OSK | | | | | Buy | 05/10/12 | J | | |
| 268. OSK | | | | | Sold | 05/22/12 | J | | |
| 269. Parkway Life Real Estate Invest TST NPV | A | Dividend | J | T | | | | | |
| 270. Pretium Resources Inc. (PVG) | | None | J | T | Buy | 09/07/12 | J | | |
| 271. PVG | | | | | Buy | 09/13/12 | J | | |
| 272. PVG | | | | | Buy | 09/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PVG | | | | | Buy | 09/20/12 | J | | |
| 274. Progen Pharmaceuticals Ltd. Ordinary Shares IAIN (DC) | | None | J | T | | | | | |
| 275. PT Indofood Sukses Makmur TBK | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 276. Rainy River Resources Ltd. (RR) | | None | K | T | Buy | 02/13/12 | J | | |
| 277. RR | | | | | Sold (part) | 02/13/12 | J | | |
| 278. RR | | | | | Buy | 02/16/12 | J | | |
| 279. RR | | | | | Buy | 02/23/12 | J | | |
| 280. RR | | | | | Buy | 02/28/12 | J | | |
| 281. RR | | | | | Buy | 03/02/12 | J | | |
| 282. RR | | | | | Buy | 03/14/12 | J | | |
| 283. RR | | | | | Buy | 03/15/12 | J | | |
| 284. RR | | | | | Buy | 03/16/12 | J | | |
| 285. RR | | | | | Buy | 03/19/12 | J | | |
| 286. RR | | | | | Buy | 03/20/12 | J | | |
| 287. RR | | | | | Buy | 04/02/12 | J | | |
| 288. RR | | | | | Buy | 04/04/12 | J | | |
| 289. RR | | | | | Buy | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. RR | | | | | Buy | 05/09/12 | J | | |
| 291. Rojana Industrial Park | | None | J | T | Buy | 02/15/12 | J | | |
| 292. Rye Patch Gold Corp. (RPM) | | None | J | T | Buy | 09/10/12 | J | | |
| 293. Saracen Mineral Holdings NPV | | None | J | T | Buy | 09/12/12 | J | | |
| 294. Shenzhen Expressway Co. ▨) | | None | | | Sold | 03/20/12 | J | | |
| 295. Shui On Land Ltd. ▨ | A | Dividend | J | T | Sold (part) | 02/21/12 | J | D | |
| 296. Sichuan Experssway Co. ▨ | | None | | | Sold | 03/20/12 | J | | |
| 297. Silver Futures ▨ | | None | | | Buy | 02/22/12 | M | | |
| 298. SIH2 | | | | | Sold | 02/22/12 | M | A | |
| 299. Silver Wheaton Corp. (SLW) | A | Dividend | | | Buy | 03/13/12 | J | | |
| 300. SLW | | | | | Buy | 05/09/12 | J | | |
| 301. SLW | | | | | Buy | 05/16/12 | J | | |
| 302. SLW | | | | | Sold | 06/07/12 | J | A | |
| 303. Sinar Mas Multiartha | A | Dividend | J | T | Buy | 03/21/12 | J | | |
| 304. Sino Land Co. ▨ | A | Dividend | J | T | Sold (part) | 02/21/12 | J | C | |
| 305. Spain ETF (EWP) (Short Sale) | | None | | | Closed | 03/19/12 | J | A | |
| 306. SPDR Gold Tr Gold Shs (GLD) (Short Sale) | | None | | | Closed | 01/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. GLD (Short Sale) | | | | | Closed | 03/19/12 | J | A | |
| 308. SPY S&P 500 ETF (y) | | None | | | Buy | 02/17/12 | J | | option |
| 309. SPY | | | | | Buy | 03/07/12 | J | | option |
| 310. SPY (Short Sale) | | | | | Closed | 03/15/12 | J | | |
| 311. SPY | | | | | Sold | 03/16/12 | J | | option |
| 312. SPY | | | | | Sold | 03/30/12 | J | | option |
| 313. SPY | | | | | Sold | 04/20/12 | J | B | option |
| 314. Specie Assets (Spc) | | None | M | T | | | | | |
| 315. Standard & Poors 500 Futures (ESH2) | | None | | | Sold | 01/25/12 | L | C | |
| 316. ESH2 | | | | | Buy | 02/06/12 | L | | |
| 317. ESH2 | | | | | Sold | 03/13/12 | M | D | |
| 318. Suntec Real Estate Investment Trust NPV | A | Dividend | J | T | | | | | |
| 319. Sunward Resources Ltd. (SWD) | | None | J | T | Buy | 02/22/12 | J | | |
| 320. SWD | | | | | Buy | 02/23/12 | J | | |
| 321. SWD | | | | | Buy | 02/28/12 | J | | |
| 322. SWD | | | | | Buy | 04/03/12 | J | | |
| 323. SWD | | | | | Buy | 04/04/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. SWD | | | | | Buy | 04/26/12 | J | | |
| 325. SWD | | | | | Buy | 05/08/12 | J | | |
| 326. SWD | | | | | Buy | 05/09/12 | J | | |
| 327. SWD | | | | | Buy | 09/14/12 | J | | |
| 328. Telik Inc. | | None | J | T | | | | | |
| 329. Thai Beverage Public Co. Ltd. | A | Dividend | J | T | | | | | |
| 330. Thai Reinsurance Co. THB1 | A | Dividend | J | T | | | | | |
| 331. Thai Vegetable Oil Co. THB1 | A | Dividend | J | T | | | | | |
| 332. Ticon Industrial Connection Public | | None | J | T | Buy | 09/27/12 | J | | |
| 333. Treasury Fund-Capital reserves (Brkr # 2 reinvests monthly) | A | Dividend | K | T | Buy | 01/31/12 | J | | bought/sold thru 12/31/12 |
| 334. Turquoise Hill Resources Ltd. (TRQ) | | None | J | T | | 08/08/12 | | | Name Change from Ivanhoe |
| 335. Univanich Palm Oil Public Co. Ltd. | A | Dividend | J | T | | | | | |
| 336. Vista Gold Corp. (VGZ) | | None | J | T | Buy | 06/18/12 | J | | |
| 337. VGZ | | | | | Buy | 06/19/12 | J | | |
| 338. VGZ | | | | | Buy | 06/25/12 | J | | |
| 339. VGZ | | | | | Sold | 06/28/12 | J | A | |
| 340. VGZ | | | | | Buy | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. VGZ | | | | | Buy | 09/05/12 | J | | |
| 342. VGZ | | | | | Buy | 09/07/12 | J | | |
| 343. VGZ | | | | | Buy | 09/20/12 | J | | |
| 344. Wilmar International LTD. | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 345. Zhejiang Experessway Co. ▨ | A | Dividend | | | Sold | 03/20/12 | J | | |
| 346. Zijin Mining Group Co. Ltd. ▨ ) | A | Dividend | J | T | Buy | 04/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

These explanations/information regard Part VII:

1. Line 2: Pursuant to Judicial Conference of the United States Committee on Financial Disclosure letter dated September 19, 2011, the full cash value of the property according to the Yavapai County Assessor is $167,598. According to the same entity, the assessed full cash value is $16,760.

2. Line 6: In prepartion of this Financial Disclosure Report (FDR), the fact that a dividend was received and the range amount received during that year, if any, were both reported on the inital line that identifies the asset. Dividends distributed at intervals during the year were compiled in that single line item.

3. Line 48: Several ETFs reported on the 2011 disclosure form were reported out of alphabetical order. We have tried to correct the aphabetizing in 2012 and so some of those funds that were held at year end may be reported at a location on this form inconsisent with where they were reported in 2011. For example, the Belgium ETF was reported in 2011 in "E" alpha order but in 2012 is reported with the "B"s in alpha order.

4. Line 72: This was inadvertantly misreported as completely sold in 2011. It was not disposed of until 2012.

5. Line 127: This broker holds several IRAs and a ▓▓▓▓▓▓▓ account. A disbursement was made from the checking account in April 2012.

5. Line 237: Morgan Stanley was inadvertantly described as "sold" in 2011 when in fact, it was a short sale that was completely covered in 2012.

6. Line 308: SPY was inadvertantly described as sold in 2011 when in fact, it was still held as a short position at year end 2011 and completely covered in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **George H. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544